# Court of Appeals
# of the State of Georgia

ATLANTA, November 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0508. JUDITH HURT v. MEDLINK GEORGIA, INC.

Medlink Georgia, Inc. filed a dispossessory action in magistrate court against Judith Hurt. The magistrate court entered judgment and a writ of possession in favor of Medlink, and Hurt appealed to the superior court, which ruled in favor of Medlink. Hurt then filed a notice of appeal directed to this Court. Medlink has filed a motion to dismiss, arguing that this Court lacks jurisdiction. We agree.

Appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Hurt seeks to appeal a decision of the superior court reviewing a decision of the magistrate court, she was required to file an application for discretionary review. Her failure to do so deprives us of jurisdiction over this direct appeal.

Accordingly, we hereby GRANT Medlink's motion to dismiss and DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__11/24/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*